# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3257
_____

David Woody; Kendra Jackson; L.W.; D.E.J.; D.A.J.; E.W.; K.W.

*Plaintiffs - Appellants*

v.

John Halferty, Jasper County Sheriff; Jacob Halferty; Marc Headdington; Janice Bragg; Jasper County Animal Rescue League; Jasper County Sheriff Department; Jasper County; Jasper County Animal Control and Welfare Board; Polk County; James Byle

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: March 23, 2023
Filed: March 31, 2023
[Unpublished]

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

David Woody and his family appeal the dismissal of the lawsuit they brought after Jasper County seized their dogs. Having carefully reviewed the record and the

parties' arguments on appeal, we conclude the district court[1] had jurisdiction, was not required to recuse, and did not abuse its discretion when it dismissed the family's case as a sanction for their delays and failure to comply with a court order. *See Buffets, Inc. v. Leischow*, 732 F.3d 889, 898 (8th Cir. 2013) (holding that noncompliance with the removal statute does not require reversal if the district court had subject-matter jurisdiction when it entered judgment); *Rodgers v. Curators of the Univ. of Mo.*, 135 F.3d 1216, 1222 (8th Cir. 1998) (upholding a dismissal under Fed. R. Civ. P. 41(b) when "any lesser sanction would have involved further delay or forced [the defendants] to try their case without completing discovery"). We accordingly affirm the judgment and deny the motion to remand. *See* 8th Cir. R. 47B.

———————————————————

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.